# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                     NO. 2020 KW 0044

VERSUS

CALEB CARTER                                           **MAY 1 2 2020**

_____

In Re:   Caleb Carter, applying for supervisory writs, 23rd
         Judicial District Court, Parish of Ascension, No.
         35,827.

_____

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT GRANTED.**  This matter was previously referred to defense counsel by the district court pursuant to **State v. Thibodeaux**, 2017-0705 (La. 12/6/17), 236 So.3d 1253 (per curiam).  Thus, the matter is now remanded to the district court to conduct a contradictory hearing to determine if relator is capable of representing himself; and if so, does relator desire to represent himself and forego representation by defense counsel as set forth in **Thibodeaux.**

                            **PMc**
                            **JEW**
                            **GH**

COURT OF APPEAL, FIRST CIRCUIT

_Pamela L Reid_
_____
      DEPUTY CLERK OF COURT
         FOR THE COURT